UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-61286-CIV-WILLIAMS/VALLE

JEANETTE JANDASEK,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

### ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Alicia O. Valle's Report and Recommendation (DE 26) ("***the Report***") on Plaintiff Jeannette Jandasek's ("***Plaintiff***") Unopposed Motion for Attorney's Fees ("***the Motion***"). (DE 25.) In the Report, Judge Valle recommends that the Court grants Plaintiff's Motion and awards her a total of $4,006.31 in attorney's fees, to be paid to Plaintiff's counsel once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States.[1] (DE 26 at 3.)

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 26) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's Unopposed Motion for Attorney's Fees (DE 25) is **GRANTED**.

3. In accordance with the Court's Order of Remand and Final Judgment (DE 24), this case remains **CLOSED**.

---

[1] The Court notes that Plaintiff stated in the Motion that Defendant "does not oppose the 18.9 attorney hours [billed by Plaintiff's counsel] or the amount of $4,006.31 in attorney fees [that Plaintiff requests]." (DE 25 at 1.) Further, to date, Defendant has not objected to the Report and the September 15, 2021 deadline to object has passed. (*See* DE 26 at 3.)

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>8th</u> day of October, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE